

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00312-CV

Maria **VALDEZ,**
Appellants

v.

**STATE FARM LLOYDS** and Kevin O'Haver,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVF003538-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On June 6, 2018, the parties filed a Joint Notice of Settlement, stating that they have reached a settlement agreement that disposes of all issues before this Court. As the dispute has been settled, we SUSPEND all appellate deadlines and ORDER the parties to file a motion to dismiss in compliance with Texas Rule of Appellate Procedure 42.1 no later than **July 16, 2018**. If the parties do not timely file a motion to dismiss, appellate deadlines will be reinstated.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court